CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 15 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY KISER, | ) | Civil Action No. 7:16-cv-00129 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SWVRJA, | ) | By: Hon. Jackson L. Kiser |
|    Defendant. | ) |     Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to amend is **GRANTED**; the defendant's motion to dismiss is **DENIED**; and the defendant **SHALL** file a motion for summary judgment supported by affidavit(s) within forty-five days pursuant to Standing Order 2013-6.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 15th day of September, 2016.

                                                       /s/ Jackson L. Kiser
                                                     Senior United States District Judge